UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAYNARD PASTEUR,**

      **Plaintiff,**

v.                                              Case No.  6:23-cv-1479-CEM-DCI

**ARC ONE PROTECTIVE
SERVICES LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. 31) and Plaintiff's Motion for Conditional Certification of This Case as a Class Action (Doc. 32). The United States Magistrate Judge issued a Report and Recommendation (Doc. 33), recommending that the Motions be denied without prejudice and Plaintiff be given an opportunity to amend his Complaint.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Renewed Motion for Default Judgment (Doc. 31) is **DENIED without prejudice**.

3. Plaintiff's Motion for Conditional Certification of This Case as a Class Action (Doc. 32) is **DENIED without prejudice.**

4. **On or before September 5, 2024,** Plaintiff may file an Amended Complaint in accordance with the parameters set forth in the Report and Recommendation. Failure to do so will result in the dismissal of this case for failure to prosecute without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record